IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL F. CROSBY, ) | |
|     Plaintiff, ) | Civil Action No. 7:06CV00103 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| SGT. COLLINS, <u>et al.</u>, ) | By Hon. Glen E. Conrad |
|     Defendants. ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the plaintiff's complaint shall be **DISMISSED** and **STRICKEN** from the active docket of the court, pursuant to 28 U.S.C. § 1915A(b)(1).

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This 13th day of February, 2006.

_____
United States District Judge